1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   MICHAEL L. KNUCKLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 6:08-mj-0014 WMW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER THEREON |
| MICHAEL L. KNUCKLES, | ) ) | Date :  July 24, 2008 Time:   10:00 a.m. |
| Defendant. | ) ) | Magistrate:  Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above-captioned matter, currently scheduled for July 3, 2008, **may be continued to July 24, 2008, at 10:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for the parties to work on the details of a plea, and defense counsel needs additional time to review the case with his client. The government has no objection to this continuance. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  July 1, 2008                  /s/ Mark McKeon
                                        MARK MCKEON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED:  July 1, 2008                  /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **July 1, 2008**                /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE